IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                               )       CRIMINAL ACTION NO.
    v.                     )          2:21cr98-MHT
                               )              (WO)
CAESAR JAY LEAL, JR.      )

ORDER

Based on the representations made on the record on November 28, 2022, it is ORDERED that jury selection, currently set for December 12, 2022, and trial, currently set for December 19, 2022, are continued to January 3, 2023, at 10:00 a.m., in Montgomery, Alabama. The new trial date is within the time allowed for trial under Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

DONE, this the 29th day of November, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE