**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | 2:21cr98-MHT |
| | ) | (WO) |
| **CAESAR JAY LEAL, JR.** | ) | |

**ORDER**

Based on representations made on the record on July 19, 2023, it is ORDERED that the defendant's motion to allow testimony at trial by video teleconference (Doc. 288) is granted.

DONE, this the 19th day of July, 2023.

                        /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**