IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )         2:21cr98-MHT
                            )            (WO)
CAESAR JAY LEAL, JR.        )
```

ORDER

At the status conference on July 19, 2023, the government stated that it intends to impeach one of the defense counsel's witnesses by bringing in one of the witness's prior felony convictions. The defendant objected to the admissibility of the conviction. During the argument, it became clear that the court will need briefing on the issue from both parties, including an explanation of the relevant facts and an assessment of the conviction's admissibility under Rule 609 of the Federal Rules of Evidence, as well other relevant evidentiary rules and a discussion of case law.

Accordingly, it is ORDERED that both parties are to file briefs on the issue by 8:00 a.m. on Monday, July

24, 2023. However, counsel may want to try to resolve this issue between themselves.

DONE, this the 21st day of July, 2023.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**