IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr98-MHT** |
| | ) | **(WO)** |
| **CAESAR JAY LEAL, JR.** | ) | |

**ORDER**

Based on the representations made during jury selection on July 24, 2023, it is ORDERED that the respective oral motions by government counsel and by defense counsel for mistrial (Doc. 301 and Doc. 302) are each granted, and a mistrial is declared. The case will be reset for jury selection and trial.

DONE, this the 25th day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**